81,592-01

Dear Courts,                                    8-6-15

I'm writing to ASK, is my 11.07 pending & As A Order been issued. Because I have not received any ~~things~~ thing stating otherwise. I received A white card telling me on 6-16-14 on this day, the application of 11.07 Writ of Habeas Corpus Has been received & presented to the Court, WR-81,592-01 Diggs, Clinton Trial Court NO. 60044-A. But it's been A over A Year, & I haven't ~~received~~ got A Order, or something telling me it is still pending. And I just will like to do if it's still Pending.

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk

Clinton Diggs #1629378
Appellant Pro Se
2661 FM 2054 Coffield Unit
Tennessee Colony, Texas 75884